

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ANDREA LINDSAY
*Assistant Corporation Counsel*
Room 2-107
Telephone: (212) 442-1569
Fax No.: (212) 788-0940
Email: alindsay@law.nyc.gov

December 27, 2011

**VIA FACSIMILE TRANSMISSION**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

SO ORDERED:

*/s/ George B. Daniels*
George B. D***, U.S.D.J.

Dated: DEC 28 2011

Re: Lillie Leon v. The Dep't of Education, et al.
    11 Civ. 8439 (GBD)(DCF)
    Law Dept. No.: 2011-034840

Dear Judge Daniels:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant The Department of Education ("DOE") in the above-referenced action.[1] I write on behalf of defendant DOE to respectfully request a brief extension of defendant DOE's time to respond to the Complaint in this action, from December 28, 2011, until January 6, 2012. This is defendant DOE's second request for an extension of time to respond to the Complaint. I spoke to plaintiff's attorney and he consents to this extension of time.

    This request is being made because, due to the press of other litigation matters with deadlines during the month of December 2010, I have not been able to complete defendant DOE's response to the Complaint. This brief extension of time will afford me the opportunity to finalize defendant DOE's response to the Complaint and have it reviewed by my client prior to

---

[1] Upon information and belief, the individually named defendants in this case have not been served with the Summons and Complaint. Thus, this request is being made only on behalf of the DOE.

**HONORABLE GEORGE B. DANIELS**
United States District Judge
Lillie Leon v. The Dep't of Education, et al.
11 Civ. 8439 (GBD)(DCF)
12/27/2011
Page 2

filing. Accordingly, it is respectfully requested that defendant DOE's time to respond to the Complaint be extended until January 6, 2012. Thank you for your consideration of this request.

Respectfully submitted,

André L. Lindsay
Assistant Corporation Counsel

Cc:   Stewart Lee Karlin, Esq.
      Attorney for Plaintiff
      9 Murray Street, Suite 4W
      New York, New York 10007
      Fax: (212) 732-4443
      **(VIA FACSIMILE TRANSMISSION)**