UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LILLIE LEON,

                  Plaintiff,                          **11CIV 8439 (GBD)(DCF)**

 -against-

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK AND THE
CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK, and KIM LISA
HAMPTON-HEWITT individually and as
principal of Edward R. Byrne School,

                  Defendants.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

      Plaintiff, LILLIE LEON by and through his attorney, pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1), voluntarily discontinuing the above captioned action without prejudice.

Dated:  New York, New York
           January 9, 2012

                                                     s/Stewart Lee Karlin
                                            STEWART LEE KARLIN
                                            Attorney for Plaintiff
                                            9 Murray Street, Suite 4W
                                            New York, NY 10007
                                            (212) 792-9670